DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTO BENARD,**
Appellant,

v.

**MADELINE BENARD,**
Appellee.

No. 4D23-486

[July 27, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case No. FMCE 17-4978 (36).

Jose C. Bofill of Bofill Law Group, Miami, for appellant.

Joseph A. Costello of Costello Law, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***